JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.N.,<br><br>                    Plaintiff,<br><br>         v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>                    Defendant. | Case No. 5:20-cv-01102-SB-SHK<br><br>JUDGMENT |

    It is the judgment of this Court that the Commissioner of Social Security's decision is **REVERSED,** and this case is **REMANDED** to the Social Security Administration for further proceedings consistent with this Court's Order Accepting the Findings and Recommendation of the United States Magistrate Judge.

Dated: February 3, 2022

                                                  Stanley Blumenfeld, Jr.
                                              United States District Judge