1 ANDREW T. KOENIG, State Bar No. 158431
Attorney at Law
2 93 S. Chestnut Street, Suite 208
Ventura, California 93001
3 Telephone: (805) 653-7937
Facsimile: (805) 653-7225
4 E-Mail: andrewtkoenig@hotmail.com

5 Attorney for Plaintiff Jose Nunez

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JOSE NUNEZ, ) | CASE NO. EDCV 20–01102-SB(SHK) |
| Plaintiff, ) | [PROPOSED] ORDER AWARDING ATTORNEY'S FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND FOR COURT COSTS PURSUANT TO 28 U.S.C. § 1920 |
| v. ) | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, ) | |
| Defendant. ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of SIX-THOUSAND FOUR-HUNDRED DOLLARS and NO CENTS ($6,400.00), and Court costs in the amount of FOUR-HUNDRED DOLLARS and NO CENTS ($400.00), pursuant to 28 U.S.C. § 1920, subject to the terms of the Stipulation.

Dated: 04/05/2022    _____
                    UNITED STATES MAGISTRATE JUDGE

1